ALEXANDER PRINCE, RESPONDENT, v. TOWN OF MONT-
CLAIR ET AL., APPELLANTS.

Submitted February 12, 1926—Decided May 17, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 3 *N. J. Mis. R.* 547.

For the respondent, *Fast & Fast.*

For the appellants, *George R. Beach.*

PER CURIAM.

The judgment appealed from will be affirmed, for the reasons stated in the opinion filed in the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, KATZENBACH, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 10.

*For reversal*—None.